LAW OFFICES OF BILL LATOUR
Bill LaTour [SBN 169758]
11332 Mountain View, Suite C
Loma Linda, California, 92354
    Telephone: [909] 796-4560
    Facsimile: [909] 796-3402
    E-Mail: Bill.latour@verizon.net

Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| DENISE NELSON LIGHT, | No. CV 03-6624 SGL |
|     Plaintiff, | |
| vs. | ~~PROPOSED~~ ORDER AWARDING EAJA FEES PURSUANT TO 42 U.S.C. § 406(b); ORDER VACATING HEARING DATE |
| MICHAEL J. ASTRUE, | |
| Commissioner of Social Security Administration, | |
|     Defendant. | |

## **ORDER**

IT IS SO ORDERED. Counsel for the Plaintiff, is hereby awarded the gross fee of $12,563.50 pursuant to 42 U.S.C. § 406(b). Plaintiff's counsel is also ordered to refund

///
///
///
///
///
///

i

the EAJA fee paid by Commissioner in the amount of $2,200.00 to the plaintiff, resulting in a net fee paid to counsel, after deducting the previously paid administrative fee of $4,800.00, of FIVE THOUSAND FIVE HUNDRED SIXTH THREE DOLLARS AND 50/100 [$5,563.50]. THE JANUARY 26, 2009, HEARING DATE IS VACATED.

Dated: JAN 20 2009

HON. STEPHEN G. LARSON
DISTRICT JUDGE

i